1  Arthur T. Carter, Esq.
   *(*Pro Hac Vice Pending*)*
2  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
3  LITTLER MENDELSON, P.C.
   200 S. Virginia Street
4  8th Floor
   Reno, Nevada  89501.1944
5  Telephone:    775.348.4888
   Email:  atcarter@littler.com
6  Email:  lmolleck@littler.com

7  Attorneys for Defendant
   SUMMIT FIRE & SECURITY LLC AND SFP
8  HOLDING, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, | Case No. 3:23-cv-177 |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SUMMIT FIRE & SECURITY LLC AND SFP HOLDING, INC. | (FIRST REQUEST) |
| Defendants. | |

Plaintiff ROAD SPRINKLER FITTERS LOCAL UNION NO. 669 ("Plaintiff") and Defendant SUMMIT FIRE & SECURITY LLC AND SFP HOLDING, INC. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint in this case. Defendants' current deadline to file a Response to the Complaint runs on June 21, 2023. The Parties have agreed to allow Defendants up to and including **July 21, 2023** to which to file their response.

///

///

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 20, 2023

Respectfully submitted,

*/s/ David O'Brien Suetholz*
HENRY M. WILLIS, ESQ.
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP

FRANCIS C. FLAHERTY, ESQ.
DYER LAWRENCE, LLP

DAVID O'BRIEN SUETHOLZ, ESQ.
CLEMENT L. TSAO
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC

*Attorneys for Plaintiff*
ROAD SPRINKLER FITTERS LOCAL UNION NO. 669

4860-6915-3387.1

Dated: June 20, 2023

Respectfully submitted,

*/s/ Luke W. Molleck*
ARTHUR T. CARTER, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
SUMMIT FIRE & SECURITY LLC AND SFP HOLDING, INC.

**IT IS SO ORDERED.**

Dated: June 20, 2023

UNITED STATES MAGISTRATE JUDGE

2