HENRY M. WILLIS (7214)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5202
Telephone: (323) 655-4700
E-mail: hmw@ssdslaw.com

FRANCIS C. FLAHERTY (5303)
DYER LAWRENCE, LLP
2805 Mountain Street
Carson City, Nevada 89703-1539
T: (775) 885-1896
Email: fflaherty@dyerlawrence.com

DAVID O'BRIEN SUETHOLZ
(Admitted Pro Hac Vice)
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
515 Park Avenue
Louisville, KY 40208
Telephone: (502) 636-4333
E-mail: dave@hsglawgroup.com

CLEMENT L. TSAO
(Admitted Pro Hac Vice)
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
Telephone: (513) 381-2224
E-mail: clement@hsglawgroup.com

Counsel for Plaintiff Road Sprinkler Fitters Local Union No. 669

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT FIRE & SECURITY LLC,<br><br>and<br><br>SFP HOLDING, INC.,<br><br>Defendants. | CASE NO. 3:23-cv-177-ART-CLB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIMELINE FOR SUBMITTING JOINT STIPULATION OF FACTS AND EXHIBITS (FIRST REQUEST)** |

Following the parties' submission of their Joint Case Management Report on September 5, 2023 (ECF No. 28), the parties had planned to jointly submit a stipulation of facts and exhibits by September 22, 2023. However, due to numerous facts and exhibits at issue for the parties to consider and mutually agree upon, Plaintiff respectfully requests a five-day extension to submit the joint stipulation of facts and exhibits to be filed on September 27, 2023. This is Plaintiff's first motion seeking an extension of any kind.

Prior to filing this Motion, Plaintiff's counsel conferred with Defense counsel, who indicated that Defendants do not oppose this Motion. The parties agree that the five-day extension would not affect the proposed briefing schedule outlined in their September 5, 2023 Joint Case Management Report. The parties will also be sure to include the briefing schedule in the Joint Stipulation to be filed.

For the foregoing reasons, Plaintiff respectfully requests a five-day extension for the parties to submit the joint stipulation of facts and exhibits.

Dated: September 22, 2023

Respectfully submitted,

By: */s/ David O'Brien Suetholz*
DAVID O'BRIEN SUETHOLZ
*Attorney for Plaintiff*
*Road Sprinkler Fitters Local Union No. 669*

**IT IS SO ORDERED.**

Dated: September 22, 2023

UNITED STATES MAGISTRATE JUDGE