**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUMMIT FIRE & SECURITY LLC,<br><br>and<br><br>SFP HOLDING, INC.,<br><br>　　　　Defendants. | **CASE NO. 3:23-cv-177-ART-CLB**<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION TO EXTEND BRIEFING TIMELINES (FIRST REQUEST)** |

On October 20, 2023, Plaintiff and Defendants filed their respective Motions for Summary Judgement and supporting Memoranda of Points and Authorities. (ECF Nos. 34, 35). Under Local Rule 7-2(b) of the Court's Local Rules of Practice, responses to the parties' respective Motions are due twenty-one (21) days after service of the motion for summary judgment, or on November 10, 2023, and respective replies are due fourteen (14) days after service of the response, or on November 24, 2023. The parties jointly request that the briefing timelines be extended to allow for response briefs to be submitted by **November 17, 2023** and optional reply briefs to be submitted by **December 1, 2023**. This is the first request by the parties to extend the motion for summary judgment briefing schedule as provided under LR 7-2(b).

The parties had previously agreed to this briefing schedule in its September 5, 2023 Joint Case Management Report. (ECF No. 28). Upon review of the Joint Case Management Report, the Court, in an entry Order entered that same day (ECF No. 29), directed the parties to include a proposed briefing schedule in the Joint Stipulation of Facts and Exhibits to be submitted. Regrettably, when the Joint Stipulation was submitted, it did not include the parties' previously proposed briefing schedule for which the parties apologize. In an abundance of caution and to prevent any confusion as to the briefing schedule, the parties respectfully request that the Court extend the briefing timelines so that responses are due on November 17, 2023 and replies, if any, are due on December 1, 2023.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: October 27, 2023.