1  HENRY M. WILLIS (7214)
2  SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
3  6300 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90048-5202
   Telephone: (323) 655-4700
4  E-mail: hmw@ssdslaw.com

5  FRANCIS C. FLAHERTY (5303)
6  DYER LAWRENCE, LLP
   2805 Mountain Street
7  Carson City, Nevada 89703-1539
   T: (775) 885-1896
8  Email: fflaherty@dyerlawrence.com

9  DAVID O'BRIEN SUETHOLZ
   (Admitted Pro Hac Vice)
10 HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
   515 Park Avenue
11 Louisville, KY 40208
   Telephone: (502) 636-4333
12 E-mail: dave@hsglawgroup.com

13 CLEMENT L. TSAO
   (Admitted Pro Hac Vice)
14 HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
   600 Vine Street, Suite 2720
15 Cincinnati, Ohio 45202
   Telephone: (513) 381-2224
16 E-mail: clement@hsglawgroup.com

17 Counsel for Plaintiff Road Sprinkler Fitters Local Union No. 669

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, | CASE NO. 3:23-cv-00177-ART-CLB |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| v. | |
| SUMMIT FIRE & SECURITY LLC, | |
| and | |
| SFP HOLDING, INC., | |
| Defendants. | |

David O'Brien Suetholz, one of the attorneys for Plaintiff Road Sprinkler Fitters Local Union No. 669 ("Local 669") moves this Court for permission to withdraw his appearance in the above-captioned action and requests that no further action be required of him and no documents or other pleadings in the case be served upon him.  Mr. Suetholz has taken the position as in-house counsel for the International Brotherhood of Teamsters and request that he be allowed to withdraw his appearance as counsel for Local 669.

No substitute attorney is required at this time because attorney Clement L. Tsao, also of Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC, continues to represent Local 669 in this matter as well as attorney Henry M. Willis of Schwartz, Steinsapir, Dohrmann & Sommers, LLP.

The withdrawal of Mr. Suetholz will not result in the delay of discovery, a trial or any hearing in the case.

*Wherefore*, for good cause shown, David O'Brien Suetholz respectfully ask the court to approve his request to withdrawal as counsel of record for Local 669.

Respectfully submitted,

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS, LLP
Henry M. Willis

DYER LAWRENCE, LLP
Francis C. Flaherty

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
David O'Brien Suetholz
Clement L. Tsao

By:  /s/ David O'Brien Suetholz

DAVID O'BRIEN SUETHOLZ
*Attorneys for Plaintiff*
*Road Sprinkler Fitters Local Union No. 669*

**IT IS SO ORDERED.**

**DATED:** January 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE

2